Muret CPA, PLLC
3326 E 27th Place
Tulsa, OK 74114-5910

**Dayna Smart
11467 Outpost Cove Dr
Willis, TX 77318**

**Muret CPA, PLLC**
**3326 E 27th Place**
**Tulsa, OK 74114-5910**
**918-301-1100**

November 2, 2021

**CONFIDENTIAL**

Dayna Smart
11467 Outpost Cove Dr
Willis, TX 77318

Dear Shareholder:

We have prepared the enclosed copy of Form 1120-S, Schedule K-1 for Elkhorn Exploration Co. It contains your share of the corporation's items of income (loss), credits and deductions, and other information for the corporation's tax year ended December 31, 2020. These items are to be reported on your federal income tax return; therefore, this Schedule should be retained with your tax records and documentation.

Also enclosed is state K-1 information, if applicable. This information should also be retained with your tax records and documentation.

We have retained a copy of the Schedule K-1 and other relevant documents for use in preparing your federal income tax return and, if applicable, all State K-1 information for use in preparing any state tax returns. We urge you to call for an appointment at your earliest convenience so that we might begin preparation of your individual tax returns.

If you have any questions, or if we can be of assistance in any way, please do not hesitate to call.

Sincerely,


Muret CPA, PLLC

671120

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

| **Schedule K-1** | **2020** | **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

**Schedule K-1 (Form 1120-S)**
Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____  ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**  } See back of form and separate instructions.

| **Part I** | **Information About the Corporation** |

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code
Elkhorn Exploration Co
7065 W Ann Rd, Ste 130-446
Las Vegas           NV 89130

**C** IRS Center where corporation filed return
e-file

| **Part II** | **Information About the Shareholder** |

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Dayna Smart
11467 Outpost Cove Dr
Willis           TX 77318

**F** Current year allocation percentage ............. **100.000000** %

**G** Shareholder's number of shares
Beginning of tax year ..........
End of tax year ..........

**H** Loans from shareholder
Beginning of tax year .......... $ **0**
End of tax year .......... $ **0**

For IRS Use Only

**Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| 1 | Ordinary business income (loss) **-40** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | V* | STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*
* See attached statement for additional information.

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**   www.irs.gov/Form1120S   Schedule K-1 (Form 1120-S) 2020
DAA

| Form **1120-S** Schedule K-1 | **Schedule K-1, Box 17, Code V** **Shareholder's Section 199A Information** | **2020** |
|---|---|---|
| | For calendar year 2020 or tax year beginning              , ending | |

Name: **Elkhorn Exploration Co / Dayna Smart**

Taxpayer Identification Number:

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | Page 1 Activity | | ☐ | ☐ | ☐ |
| Column B | | | ☐ | ☐ | ☐ |
| Column C | | | ☐ | ☐ | ☐ |
| Column D | | | ☐ | ☐ | ☐ |
| Column E | | | ☐ | ☐ | ☐ |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | −40 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | | | | | |
| **Qualified property** | | | | | |

**Other Information:**
- QBI allocable to cooperative pmts received
- W-2 wages allocable to qualified payments
- Section 199A(g) deduction

**Section 199A REIT dividends**