# ELKHORN EXPLORATION CO
## LIST OF CREDITORS

| Vendor / Payee | $ Amount Owed | Address | Phone |
|---|---|---|---|
| B&C Quicktest | $ 29,345.00 | 2460 N. 500 E., Vernal, UT 84078 | 435-789-8159 |
| Basin Fluids | $ 508,775.93 | 4317 E. Utah PL., Denver, CO 80222 | 303-501-7836 |
| Basin Well Logging | $ 54,638.87 | 5265 Ronald Blvd., Ste. 110, Johnstown, CO 80534 | 970-800-9602 |
| BHS, Inc. (dbaDalbo) | $ 68,000.00 | 2150 S. 1300 E. Ste. 100, Salt Lake City, UT 84106 | 888-610-1001 |
| Bitco Services | $ 56,895.13 | 25138 Township Rd 490, Leduc County, Alberta, Canada T4X 2N4 | 780-850-1894 |
| Blackstone Oilfield Services | $ 114,955.23 | 525 N. 1st Street #77, Bloomfield, NM 87413 | 214-886-9393 |
| Brian Bajoie | $ 200,000.00 | 13902 Cotton Bluff Lane, Tomball, TX 77377 | 720-393-9993 |
| C&M Oilfield rentals | $ 11,614.08 | 3429 Cottonwood Ave Ste 1 Cody, WY, 82414 | 970-420-1732 |
| Canary, LLC | $ 84,324.21 | 17207 N. Perimeter Drive, Suite 120, Scottsdale, AZ 85255 | 303-309-1185 |
| Christensen Ready Mix | $ 252,600.32 | 1912 US-89, Mt. Pleasant, UT 84647 | 435-462-3228 |
| Cochran Chemical | $ 57,981.00 | 1800 Ray Davis Blvd., Seminole, OK 74868 | 405-382-8812 |
| Crescent Consulting | $ 252,984.04 | 13212 N. MacArthur Blvd., Oklahoma City, OK 73142 | 405-603-1240 |
| CVM Management | $ 61,503.60 | 13212 N MacArthur Blvd., Oklahoma City, OK 73142 | 405-603-1243 |
| Cyclone Drilling, Inc. | $ 1,964,946.05 | P.O. Box 908, Gillette, WY 82717 | 307-682-3158 |
| Dynasty Energy | $ 27,951.57 | 210 Magnate Drive, Suite 101, Lafayette, LA 70508 | 337-291-6005 |
| Energy Armour | $ 2,042.00 | 457 E. 700 S., Vernal, UT 84078 | 801-995-2534 |
| JD Rush Corp | $ 293,479.85 | 5900 E. Lerdo Hwy., Shafter, CA 93263 | 661-392-1900 |
| JD Rush Corp | $ 88,011.91 | 5900 E. Lerdo Hwy., Shafter, CA 93263 | 661-392-1900 |
| K Bar A Construction | $ 30,185.00 | 845 E Main St, Vernal, UT 84078 | 435-789-7534 |
| Larry Chambers | $ 13,457.82 | 6107 South Lakeview St., Littleton, CO 80120 | 303-638-6859 |
| Lear & Lear, PLLC | $ 97,450.00 | 808 East South Temple Street, Salt Lake City, UT 84102 | 801-538-5000 |
| Niel Sorenson Farms | $ 60,000.00 | 75 East 200 North, Spring City, UT 84662 | 435-851-1965 |
| Pathfinder Inspections | $ 47,384.00 | P.O. Box 3889, Gillette, WY 82717 | 307-682-2199 |
| Pete Martin Drilling | $ 62,065.41 | 1285 E. 335 S., PO Box 1935, Vernal, UT 84078 | 435-789-9673 |
| Pinnacle Fuels / IWM | $ 138,486.18 | 20250 W. 2000 S., Duchesne, UT 84021 | 435-454-4646 |
| Price Pumping | $ 8,107.50 | 630 E. 500 S., Vernal, UT 84078 | 435-789-9777 |
| ProPetro Services | $ 217,446.84 | 1706 S. Midkiff Road, Midland, TX 79701 | 432-688-0012 |
| Sanpete County Landfill | $ 59,684.30 | 160 N. Main, Manti, UT 84642 | 435-835-2131 |
| Senergy | $ 140,259.09 | 622 S. 56th Avenue, Pheonix, AZ 85043 | 800-964-0076 |
| Skyline Oil, LLC | $ 75,000.00 | 1517 Grove Dr., Alpine, UT 84004 | 801-376-1230 |

**LIST OF CREDITORS**

| | | | |
|---|---|---|---|
| Slate Energy Marketing | $ 60,305.45 | 4251 FM 2181, Suite 230-474, Corinth, TX 76210 | 833-468-3835 |
| SOFS - Stallion Rockies | $ 116,180.24 | 950 Corbindale, Suite 400, Houston, TX 77024 | 970-625-4016 |
| Terra Guidance | $ 28,788.60 | 67 W. Floyd Ave., Suite 105, Englewood, CO 80110 | 970-260-5408 |
| Tool Pushers Supply | $ 589,687.78 | P. O. Drawer 2360, Casper, WY 82602 | 307-266-0324 |
| Total Directional | $ 703,770.36 | P.O. Box 831, Suite B, Windsor, CO 80550 | 970-686-8893 |
| Uintah Group | $ 8,960.00 | 85 South 200 East, Vernal, UT 84078 | 435-789-1017 |
| ZECO Equipment | $ 155,109.56 | 275 South 800 East, Vernal, UT 84078 | 435-781-0454 |
| | | | |
| **TOTAL:** | **$ 6,742,376.92** | | |